**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6729**

———————————

BRADLEY MORGAN,

                              Petitioner - Appellant,

          versus

MACK JARVIS,

                              Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-97-986-5-F)

———————————

Submitted:  July 22, 1998          Decided:  August 10, 1998

———————————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Bradley Morgan, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bradley Morgan appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Morgan v. Jarvis, No. CA-97-986-5-F (E.D.N.C. Mar. 3, 1998). To the extent that Morgan's action is construed as a civil rights action filed under 42 U.S.C.A. § 1983 (West Supp. 1998), we find that the appeal is frivolous as noted in the district court's opinion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2